IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN DELGADILLO,

      Petitioner,

v.                                          No. CV 10-1055 JC/CG
                                            CR 09-1862 JC

UNITED STATES OF AMERICA,

      Respondent,

### O R D E R GRANTING EXTENSION OF TIME TO ANSWER

This matter is before the Court on Respondent's *Motion for Extension of Time to Answer Defendant's Motion to Set Aside, Vacate or Correct Sentence* ('Motion'). (Doc. 3). The Court, being fully advised in this matter, finds the Motion to be well taken and will **GRANT** Respondent's Motion.

Respondent's counsel states that he requires certain information from Petitioner's counsel in the underlying criminal case before he can submit an Answer to the Petition. Respondent requests a two week extension so that he might obtain the requisite information from Petitioner's counsel. The Court finds this request to be reasonable.

**IT IS THEREFORE ORDERED** that Respondent's *Motion for Extension of Time to Answer Defendant's Motion to Set Aside, Vacate or Correct Sentence* (Doc. 3) be **GRANTED** and that Respondent shall have until December 17, 2010, to file an Answer.

                                                       _____
                                                       CARMEN E. GARZA
                                                       UNITED STATES MAGISTRATE JUDGE