IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN DELGADILLO,

    Petitioner,

v.                                        No. CV 10-1055 JC/CG
                                                CR 09-1862 JC

UNITED STATES OF AMERICA,

    Respondent,

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court, *sua sponte*. Respondent is directed to show cause why he has failed to answer Petitioner's *Motion to Vacate, Set Aside, Or Correct Sentence Pursuant to 28 U.S.C. 2255* ('Motion') (Doc. 1). Respondent was originally ordered to answer Petitioner's Motion by December 3, 2010. (Doc. 2). Respondent requested a two week extension to file the answer, which the Court granted on December 3, 2010. (Doc. 4). Respondent's answer was due on or before December 17, 2010, but Respondent has failed to file an answer or any responsive pleading to Petitioner's Motion.

**IT IS THEREFORE ORDERED** that Respondent shall have fourteen calendar days to show cause why sanctions should not be imposed for failure to comply with the Court's order of December 3, 2010.

                                                            _____
                                                             CARMEN E. GARZA
                                                             UNITED STATES MAGISTRATE JUDGE